IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALICIA GUERRERO MAGALLON,

        Petitioner,

v.                                                                           4:04cv491-WS

M.L. RIVERA, WARDEN,

        Respondent.

_____

## ORDER DENYING PETITIONER'S SECTION 2241 PETITION

Before the court is the magistrate judge's report and recommendation docketed March 28, 2005.  See Doc. 6.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be summarily denied.  The petitioner has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 6) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's petition for writ of habeas corpus is hereby summarily DENIED.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this May 17, 2005.

    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE